No. 86–1034. VIRGINIA *v.* AMERICAN BOOKSELLERS ASSN., INC., ET AL. Appeal from C. A. 4th Cir. Probable jurisdiction

noted. In addition to the question presented on appeal, the parties are directed to brief and argue the question of appellees' standing.